David **CAZZELL**, Appellant,

v.

**BASS PRO SHOPS TRACKER MARINES GROUP,**
Appellee.

No. 09–1082.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 17, 2009.

Filed: Dec. 16, 2009.

David Cazzell, Walnut Grove, MO, pro se.

Ransom A. Ellis, III, Laura J. Johnson, Ellis & Ellis, Springfield, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

---

PER CURIAM.

David Cazzell appeals the district court's[1] dismissal of his employment-discrimination action. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree with the district court that Cazzell failed to state a claim. Further, the court's denial of Cazzell's various motions does not provide a basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

[1]. The Honorable Richard E. Dorr, United States District Judge for the Western District